

# THE THIRTEENTH COURT OF APPEALS

13-14-00303-CV

Richard Bianchi
v.
The State Of Texas

On Appeal from the
343rd District Court of Aransas County, Texas
Trial Cause No. A-14-0029-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED and RENDERED. The Court orders the judgment of the trial court REVERSED and RENDERS a take nothing judgment against appellee. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

August 21, 2014